Supreme Court, New York Special Term. Reported. N. Y. L. J., March 4, 1904.

In the Matter of the Petition of PATRICK W. CULLINAN, as State Commissioner of Excise, for an Order Revoking and Cancelling Liquor Tax Certificate No. 1,223, Issued to JOHN McCARTHY.

*Herbert H. Kellogg*, for petitioner.

*Ashbel P. Fitch*, for respondent.

TRUAX, J. The question in this case has been determined adversely to the respondent by Mr. Justice BISCHOFF in *Cullinan* v. *McGovern* (reported, in the Law Journal on the 27th of February, 1904).

Motion granted, with costs.

Settle order on notice.